UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

CARRINGTON MORTGAGE SERVICES, LLC,

Plaintiff,

v.

ABSOLUTE BUSINESS SOLUTIONS, LLC, et al.,

Defendants.

Case No. 2:15-cv-01862-JAD-PAL

ORDER

This matter is before the court on Defendant Absolute Business Solutions, LLC's ("Absolute") failure to file a Certificate as to Interested Parties as required by LR 7.1-1. The Complaint (Dkt. #1) in this matter was filed September 28, 2015. Absolute filed an Answer (Dkt. #8) October 22, 2015. LR 7.1-1(a) requires, unless otherwise ordered, that in all cases (except habeas corpus cases) counsel for private parties shall, upon entering a case, identify in the disclosure statement required by Fed. R. Civ. P. 7.1 all persons, associations of persons, firms, partnerships or corporations (including parent corporations) which have a direct, pecuniary interest in the outcome of the case. LR 7.1-1(b) further states that if there are no known interested parties other than those participating in the case, a statement to that effect must be filed. Additionally, LR 7.1-1(c) requires a party to promptly file a supplemental certification upon any change in the information that this rule requires. To date, Absolute has failed to comply. Accordingly,

**IT IS ORDERED** Defendant Absolute shall file its certificate of interested parties, which fully complies with LR 7.1-1 **no later than November 30, 2015.** Failure to comply may result in the issuance of an order to show cause why sanctions should not be imposed.

DATED this 16th day of November 2015.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

1