ROBERT S. LARSEN, ESQ,
Nevada Bar No. 7785
ASHLIE L. SURUR, ESQ.
Nevada Bar No. 11290
GORDON & REES LLP
3770 Howard Hughes Parkway, Suite 100
Las Vegas, Nevada 89169
Telephone: (702) 577-9300
Facsimile: (702) 255-2858
Email: rlarsen@gordonrees.com
       asurur@gordonrees.com

*Attorneys for Estrella Homeowners Association*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CARRINGTON MORTGAGE SERVICES, LLC,<br><br>　　　　　　Plaintiff,<br>vs.<br><br>ABSOLUTE BUSINESS SOLUTIONS, LLC, ESTRELLA HOMEOWNERS ASSOCIATION,<br><br>　　　　　　Defendants. | Case No.: 2:15-CV-01862-JAD-PAL<br><br>**ORDER** |
| ABSOLUTE BUSINESS SOLUTIONS, LLC,<br><br>　　　　　　Counterclaimant,<br>vs.<br><br>CARRINGTON MORTGAGE SERVICES, LLC, DOES I through x and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>　　　　　　Counterdefendants | |

**STIPULATION TO EXTEND TIME TO FILE REPLY TO ESTRELLA HOMEOWNERS ASSOCIATION'S MOTION TO DISMISS (Doc. 14)**

**(First Request)**

Pursuant to Local Rules 6-1, 6-2 and 7-1, the parties, by and through their attorneys of record, stipulate as follows:

1.　Estrella Homeowners Association ("Estrella") filed a motion to dismiss on November 30, 2015. Doc. 14.

2. Carrington Mortgage Services, LLC filed an opposition on December 17, 2015. *See* Doc. 17.

3. Estrella requires additional time to prepare a reply brief, which is currently due December 28, 2015. Doc. 17

4. Hampton & Hampton Collections, LLC also filed a motion to dismiss, which raises issues identical to the issues presented in Cactus Springs' motion to dismiss (Doc. 30). *See* Doc. 32.

5. Therefore, the deadline for the filing of any reply briefs to Estrella's motion to dismiss (Doc. 14) should be extended from December 28, 2015 to January 4, 2016.

DATED: December 28, 2015

BLACK & LOBELLO

*/s/ Maximiliano D. Couvillier*
Maximiliano D. Couvillier, III, Esq.
(SBN 7661)
10777 West Twain Avenue, Suite 300
Las Vegas, Nevada 89135
*Attorneys for Carrington Mortgage Services, LLC*

DATED: December 28, 2015

GORDON & REES LLP

*/s/ Ashlie L. Surur*
Robert S. Larsen, Esq. (SBN 7785)
Ashlie L. Surur, Esq. (SBN 11290)
3770 Howard Hughes Parkway, Suite 100
Las Vegas, Nevada 89169
*Attorneys for Estrella Homeowners Association*

**ORDER**

IT IS SO ORDERED.

Dated: December 29, 2015.

_____
UNITED STATES DISTRICT JUDGE