ROBERT S. LARSEN, ESQ.
Nevada Bar No. 7785
DAVID T. GLUTH, II, ESQ.
Nevada Bar No. 10596
GORDON REES SCULLY MANSUKHANI, LLP
300 South 4th Street, Suite 1550
Las Vegas, Nevada 89101
Telephone: (702) 577-9300
Facsimile: (702) 255-2858
Email: rlarsen@grsm.com
        dgluth@grsm.com

*Attorneys for Defendant/Counter-Defendant*
*Estrella Homeowners Association*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CARRINGTON MORTGAGE SERVICES, LLC, | Case No.: 2:15-CV-01862-JAD-BNW |
| Plaintiff, | |
| vs. | |
| ABSOLUTE BUSINESS SOLUTIONS, LLC; and ESTRELLA HOMEOWNERS ASSOCIATION, | **JOINT MOTION TO EXTEND TIME FOR ESTRELLA HOMEOWNERS ASSOCIATION TO FILE ITS MOTION FOR SUMMARY JUDGMENT** |
| Defendants. | |
| | **(First Request)** |
| ABSOLUTE BUSINESS SOLUTIONS, LLC, | |
| Counterclaimant, | |
| vs. | |
| CARRINGTON MORTGAGE SERVICES, LLC, DOES I through x ROE BUSINESS ENTITIES I through X, inclusive, | |
| Counterdefendants. | |

Pursuant to Local Rules IA 6-1 and 7-1, Plaintiff Carrington Mortgage Services, LLC (Carrington) and Defendant Estrella Homeowners Association (Estrella), by and through their respective attorneys of record, stipulate and jointly move as follows:

1. The deadline for dispositive motions is set for June 28, 2019. (ECF No. 60).

2.      On June 27, 2019, Carrington filed its Motion for Summary Judgment against Defendant Absolute Business Solution, LLC only. (ECF No. 63).

3.      Carrington and Estrella are working on a stipulation to dismiss Carrington's claims against Estrella. In order to avoid costs and expense of filing unnecessary motions, the parties agree that Estrella should have additional time to file its own dispositive motion, if necessary.

4.      In an abundance of caution, the parties request an additional 30 days for Estrella to file its motion for summary judgment.  This should be adequate time for the parties to submit the executed stipulation to dismiss.

5.      Carrington and Estrella parties hereby stipulate and agree to extend the time for Estrella to file its Motion for Summary Judgment shall be Friday, July 26, 2019.[1]

///

///

///

///

///

///

///

///

///

///

///

///

---

[1] This is a 28-day extension.  Thirty days from June 28, 2019 falls on a Sunday.

Gordon Rees Scully Mansukhani, LLP
300 S. 4th Street, Suite 1550
Las Vegas, NV 89101

6. This is the first request for an extension of this deadline and is not made for purposes of undue delay.

DATED this _28th day of June, 2019.

AKERMAN LLP

/s/ Tenesa S. Powell
Natalie L. Winslow, Esq.
Nevada Bar No. 12125
Tenesa S. Powell, Esq.
Nevada Bar No. 12488
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Attorneys for Plaintiff Carrington
Mortgage Services, LLC

DATED this _28th day of June, 2019.

GORDON REES SCULLY MANSUKHANI, LLP

/s/ David T. Gluth
Robert S. Larsen, Esq.
Nevada Bar No. 7785
David T. Gluth, Esq.
Nevada Bar No. 10596
300 South 4th Street, Suite 1550
Las Vegas, Nevada 89101
Attorneys for Defendant Estrella Homeowners
Association

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: _ July 2, 2019 __

1112869/46146836v.1