1 ROBERT S. LARSEN, ESQ.
Nevada Bar No. 7785
2 DAVID T. GLUTH, II, ESQ.
Nevada Bar No. 10596
3 GORDON REES SCULLY MANSUKHANI, LLP
300 South 4th Street, Suite 1550
4 Las Vegas, Nevada 89101
Telephone: (702) 577-9300
5 Facsimile: (702) 255-2858
Email: rlarsen@grsm.com
6        dgluth@grsm.com

7 *Attorneys for Defendant/Counter-Defendant*
*Estrella Homeowners Association*
8

9             UNITED STATES DISTRICT COURT

10                  DISTRICT OF NEVADA

11 CARRINGTON MORTGAGE SERVICES, LLC,    )  Case No.: 2:15-CV-01862-JAD-PAL
                                          )
12                    Plaintiff,          )
                                          )
13        vs.                             )
                                          )
14 ABSOLUTE BUSINESS SOLUTIONS, LLC; and  )  **STIPULATION AND ORDER TO**
   ESTRELLA HOMEOWNERS ASSOCIATION,      )  **DISMISS CLAIMS AGAINST**
15                                        )  **ESTRELLA HOMEOWNERS**
                      Defendants.         )  **ASSOCIATION WITHOUT**
16                                        )  **PREJUDICE**
   ───────────────────────────────────── )
17 ABSOLUTE BUSINESS SOLUTIONS, LLC,      )  ECF No. 67
                                          )
18                    Counterclaimant,    )
                                          )
19        vs.                             )
                                          )
20 CARRINGTON MORTGAGE SERVICES, LLC,     )
   DOES I through x and ROE BUSINESS ENTITIES I )
21 through X, inclusive,                  )
                                          )
22                    Counterdefendants.  )
                                          )

23        Pursuant to Fed. R. Civ. P. 41(a)(2), Plaintiff Carrington Mortgage Services, LLC and

24 Estrella Homeowners Association, by and through their attorneys of record, stipulate as follows:

25        On September 4, 2018, Carrington Mortgage Services, LLC (Carrington) filed its

26 amended complaint asserting claims against Estrella Homeowners Association (Estrella) for

27 Unjust Enrichment, Breach of NRS 116.1113, and Wrongful Foreclosure.  Carrington has also

28

-1-

Gordon Rees Scully Mansukhani, LLP
300 S. 4th Street, Suite 1550
Las Vegas, NV 89101

asserted claims for declaratory relief/quiet title and injunctive relief against the purchaser at the foreclosure sale, Absolute Business Solutions, LLC. Estrella is not a party to the declaratory relief/quiet title claims.

Carrington has agreed to dismiss without prejudice the claims against Estrella, each party to this stipulation to bear its own costs and fees, for Carrington to pursue its declaratory relief/quiet title claims against Absolute. Carrington and Estrella also agree to a tolling of the statute of limitations for the claims that Carrington has asserted in this action, or for those claims which have not yet expired by the date of this stipulation, against Estrella associated with the homeowners' association foreclosure sale that is the subject of this litigation to preserve these claims in the event a court determines Carrington's interest was extinguished by the sale. Carrington and Estrella do not agree to toll the statute of limitations period for any claims related to the HOA sale that have already expired and Estrella does not waive its statute of limitations affirmative defenses to any claims made in this action, if applicable.

///

///

///

///

///

///

///

///

///

///

Estrella further agrees to be bound by the judgment of the Court as it relates to

Carrington's cause of action for declaratory relief/ quiet title.

DATED this __8th day of July, 2019.          DATED this 8th day of July, 2019.

AKERMAN, LLP                                GORDON REES SCULLY MANSUKHANI, LLP

_/s/ Tenesa S. Powell_____       __/s/ David T. Gluth_____
Natalie L. Winslow, Esq.                    Robert S. Larsen, Esq.
Nevada Bar No. 12125                        Nevada Bar No. 7785
Tenesa S. Powell, Esq.                      David T. Gluth, Esq.
Nevada Bar No. 12488                        Nevada Bar No. 10596
1635 Village Center Circle, Suite 200       300 South 4th Street, Suite 1550
Las Vegas, Nevada  89134                    Las Vegas, Nevada  89101
Attorneys for Plaintiff Carrington          Attorneys for Defendant Estrella Homeowners
Mortgage Services, LLC                      Association


## **ORDER**

Based on the stipulation **[ECF No. 67]** between plaintiff and Defendant Estrella Homeowners Association, which I construe as a joint motion under Local Rule 7-1(c) because it was signed by fewer than all the parties or their attorneys, and with good cause appearing, IT IS HEREBY ORDERED that ALL CLAIMS AGAINST Defendant Estrella Homeowners Association are DISMISSED without prejudice, each side to bear its own fees and costs.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: August 14, 2019

Gordon Rees Scully Mansukhani, LLP
300 S. 4th Street, Suite 1550
Las Vegas, NV 89101

1112869/45104184v.1